AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of South Dakota

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 5:24-cr-50079 |
| Thomas High Hawk, Jr. | ) | |
| Defendant | ) | |

RECEIVED U.S. MARSHALS RAPID CITY, SD 2024 JUN -6 PM 3:06

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Thomas High Hawk, Jr.
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Sexual Abuse of a Minor  18 U.S.C. §§ 2243(a) and 2246(2)(a)

Date: 06/06/2024

*(signature)* Matthew Thelen
*Issuing officer's signature*

City and state: Sioux Falls, South Dakota

Matthew W. Thelen, Clerk of Court
*Printed name and title*

---

### Return

This warrant was received on *(date)* 6/6/24, and the person was arrested on *(date)* 9/27/24
at *(city and state)* Pine Ridge, SD.

Date: 09/27/24

*(signature)*
*Arresting officer's signature*

DUSM DAVE TRAUTMAN
*Printed name and title*

cc: hsms
msb